# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TX 75242

**ADA BROWN**
**U.S. DISTRICT JUDGE**

**CHAMBERS: 214-753-2360**
**FAX: 214-753-2660**

March 23, 2026

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:    #3:26-CV-00744-E Beltran et al v. Nationstar Mortgage LLC

Dear Ms. Mitchell:

I hereby recuse myself from the above styled and numbered cause.  Please see that it is assigned to another judge per the usual procedure.

Sincerely,

ADA BROWN
UNITED STATES DISTRICT JUDGE

AEB:cat