**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MARTIN BELTRAN, individually and on behalf of others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>　　　Defendant. | Case No. 3:26-cv-00744-X |

**MR. COOPER'S APPENDIX IN SUPPORT OF ITS AMENDED MOTION
TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(i), Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper[1]

submits this Appendix in Support of Its Amended Motion to Dismiss the Amended Complaint.

The Appendix consists of the following exhibits:

| | **Description** | **App. No.** |
|---|---|---|
| **Exhibit A** | Declaration of W. Kyle Tayman | Appx. 001 – Appx. 003 |
| **Exhibit A-1** | Mr. Cooper's Terms of Use | Appx. 004 – Appx. 010 |
| **Exhibit A-2** | Mr. Cooper's State-Specific Privacy Notice | Appx. 011 – Appx. 017 |

The pages of the Appendix are numbered 001 through 017.

---

[1] Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper")

**APPENDIX TO MR. COOPER'S AMENDED MOTION
TO DISMISS THE AMENDED COMPLAINT**

Dated: June 15, 2026                Respectfully submitted,

                                    */s/ W. Kyle Tayman*
                                    W. KYLE TAYMAN (*pro hac vice*)
                                    *KTayman@goodwinlaw.com*
                                    **GOODWIN PROCTER LLP**
                                    1900 N Street, N.W.
                                    Washington, DC 20036
                                    Tel.: +1 202 346 4000
                                    Fax: +1 202 346 4444

                                    REBECCA L. TARNEJA (*pro hac vice*)
                                    *RTarneja@goodwinlaw.com*
                                    **GOODWIN PROCTER LLP**
                                    601 South Figueroa Street, Suite 4100
                                    Los Angeles, California 90017
                                    Tel.: +1 213 426 2500
                                    Fax: +1 213 623 1673

                                    THOMAS G. YOXALL (No. 00785304)
                                    *Tom.Yoxall@troutman.com*
                                    **TROUTMAN PEPPER LOCKE**
                                    2200 Ross Avenue, Suite 2800
                                    Dallas, Texas 75201
                                    Tel.: +1 214 740 8000
                                    Fax: +1 214 740 8800

                                    *Attorneys for Defendant Mr. Cooper*
                                    ROCKET MORTGAGE, LLC S/B/M NATIONSTAR
                                    MORTGAGE LLC D/B/A MR. COOPER

**APPENDIX TO MR. COOPER'S AMENDED MOTION
TO DISMISS THE AMENDED COMPLAINT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, a copy of the foregoing was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

_/s/ W. Kyle Tayman_
W. Kyle Tayman

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| MATRIN BELTRAN, individually and on behalf of others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>     Defendant. | Case No. 3:26-cv-00744-X |

**DECLARATION OF W. KYLE TAYMAN IN SUPPORT OF MR. COOPER'S
<u>AMENDED MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

I, W. Kyle Tayman, declare as follows:

1.     I am a partner with the law firm Goodwin Procter LLP and a member in good standing of the Massachusetts and District of Columbia bars.  I am counsel to Mr. Cooper in the above-captioned matter and am admitted *pro hac vice* in this matter.

2.     I make this declaration in support of Mr. Cooper's Amended Motion to Dismiss the Amended Complaint.  The facts set forth in this declaration are of my own personal knowledge, and the information provided herein is true and correct to the best of my current knowledge.

3.     Attached as **Exhibit A-1** is a true and accurate copy of Mr. Cooper's Terms of Use, last accessed August 12, 2025.

4.     Attached as **Exhibit A-2** is a true and accurate copy of Mr. Cooper's State-Specific Privacy Notice, last accessed August 12, 2025.

DECLARATION OF W. KYLE TAYMAN
IN SUPPORT OF MR. COOPER'S AMENDED MOTION TO
DISMISS THE AMENDED COMPLAINT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2026

/s/ W. Kyle Tayman
W. Kyle Tayman

**DECLARATION OF W. KYLE TAYMAN
IN SUPPORT OF MR. COOPER'S AMENDED MOTION TO
DISMISS THE AMENDED COMPLAINT**

# EXHIBIT A-1

NOTICE: PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY. BY ACCESSING THIS SITE AND ANY PAGES THEREOF, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS BELOW. IF YOU DO NOT AGREE TO THE TERMS AND CONDITIONS BELOW, DO NOT ACCESS THIS SITE, OR ANY PAGES THEREOF.

The Mr. Cooper website includes various Web pages operated or maintained by Mr. Cooper and its subsidiaries (collectively, the "Mr. Cooper Websites").

## Copyrights And Trademarks

All of the pages and screens on the Mr. Cooper websites and mobile apps are owned and controlled by Mr. Cooper, except as otherwise expressly stated, and are protected by U.S. copyright laws. The Mr. Cooper logo is a service mark of Mr. Cooper. Helping You Achieve More is a registered service mark of Mr. Cooper. Other featured words used on the Mr. Cooper websites and mobile apps to identify the source of goods and services are trademarks and service marks owned by Mr. Cooper or owned by third parties. You may not use, copy, display, distribute, modify, or reproduce any of the trademarks or service marks found on the Mr. Cooper websites and mobile apps, except as authorized in this paragraph or pursuant to a written license agreement.

## Web Content And Materials

The information maintained on the Mr. Cooper websites and mobile apps is to provide users with information about Mr. Cooper's products and services and is directed at, and made available to, persons in the United States only. Creation of an online account does not create a new contractual relationship with the user or provide the user with any rights to maintain online account access. The ability to create an online account is provided as a courtesy and Mr. Cooper reserves the right to revoke or suspend the online account at any time. Through your use of the Mr. Cooper websites and mobile apps, you represent and warrant that you are not located in any European Union jurisdiction and agree that we may take active steps to prohibit the access to Mr. Cooper websites and mobile apps by users located in the European Union. You also agree that access to the Mr. Cooper websites and mobile apps will be partially or completely restricted when certain events occur and we place the account in a certain status including, but not limited to, suspicious activity, bankruptcy, foreclosure, litigation and/or charge off. The information and material maintained on the Mr. Cooper websites and mobile apps is subject to change without notice. Not all of the products or services described on the Mr. Cooper websites and mobile apps are available in all geographic areas. Your eligibility for particular

products or services is subject to final determination by and the approval of Mr. Cooper. No solicitation is made by Mr. Cooper to any person to use any information, materials, products or services in any jurisdiction where the provision of such information, materials, products and services is prohibited by law. These terms and conditions are intended to supplement the information contained in "Important Legal Notices"; however, in the event of contradiction or inconsistency, the provisions and/or terms hereof shall supersede and govern.

## Electronic Documents (Paperless)

Paperless is the convenient way to receive all your account related documents and messages. By registering for Paperless, you agree to receive account communications electronically by email. This includes, but is not limited to:

• Notifications that statements are ready to be viewed or downloaded by signing in to your Mr. Cooper online account
• Statement notifications include billing, escrow, year-end tax statements, etc.
• Modification-related documents
• Notices and letters regarding your account

There is no fee to enroll in Paperless. You may cancel at any time and go back to receiving communications via the U.S. Postal Service. To cancel, sign in to your online account. Go to your "Settings (/servicing/settings)" page and change your preference in the "Paperless" section. Or you may call us at 833-685-2565. It may take up to one billing cycle for changes to your Paperless preference to become effective.

In order to receive Paperless and access your documents electronically, you must have:

• A valid email address
• Adobe Acrobat Reader software 6.0 or higher
• One of the compatible operating systems below:

If accessing documents from a desktop computer:

• Microsoft Windows XP
• Microsoft Windows Vista
• Mac OS X

If accessing documents from a mobile device:

- iOS 6 or newer
- Android 2.0 or newer
- Blackberry OS 5.0 or newer

## Telephone Contact Policy

By providing us with a telephone number for a mobile device or a traditional landline, including a number that you later convert to a mobile device number, you are expressly consenting to receiving communications including, but not limited to, communications created/conducted by artificial intelligence, prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system from us and our affiliates, agents, or vendors at that number, about any product or services offered by Mr. Cooper or its affiliates. This express consent applies to each such telephone number that you provide to us now or in the future. Calls and messages may incur access fees from your mobile services provider. You understand that you need not provide this consent as a condition of obtaining goods or services from Mr. Cooper, and that you may decline to provide or revoke your consent at any time.

## Mobile Terms And Conditions

Mr Cooper Alerts

Receive special text offers and deals from Mr. Cooper Alerts through your mobile device. Text JOIN to 266737 to receive 4 text messages per month. Message and data rates may apply.

By opting in to this service, you consent to receive mobile text alerts using an automatic telephone dialing system. Consent to receive marketing text messages is not required as a condition of purchasing any goods or services. Alerts are sent when processed and you may receive them at unusual times. By consenting to Electronic Documents (Paperless), SMS/Text Messages, you also consent to receiving alerts outside the time frame of 8:00 a.m. to 9:00 p.m. at your location.

By signing up, you are confirming you are over the age of 13.

## STOP Information

Text STOP to 266737 to stop receiving Mr. Cooper Alerts messages from Mr. Cooper (you will receive a confirmation text).

## HELP Information

For additional information, text HELP to 266737 or contact support@mrcoooper.com (mailto:support@mrcoooper.com) or 866-665-2783.

Supported carriers are:

AT&T, Sprint, T-Mobile®, Verizon Wireless, Boost, Cricket, MetroPCS, U.S. Cellular, Virgin Mobile, ACS Wireless, Appalachian Wireless, Bluegrass Cellular, Carolina West Wireless, Cellcom, C-Spire Wireless (formerly Cellsouth), Cellular One of East Central Illinois, Cincinnati Bell Wireless, Cross (dba Sprocket), Duet IP, Element Mobile, EpicTouch, GCI Communications, Golden State, Hawkeye (Chat Mobility), Hawkeye (NW Missouri Cellular), Illinois Valley Cellular, Immix (Keystone Wireless / PC Management), Inland Cellular, iWireless, Mobi PCS (Coral Wireless LLC), Mosaic, MTPCS / Cellular One (Cellone Nation), Nex-Tech Wireless, nTelos, Panhandle Telecommunications, Peoples Wireless, Pioneer, Plateau, Revol Wireless, Rina - Custer, Rina - All West, Rina - Cambridge Telecom Coop, Rina - Eagle Valley Comm, Rina - Farmers Mutual Telephone Co, Rina - Nucla Nutria Telephone Co, Rina - Silver Star, Rina - South Central Comm, Rina - Syringa, Rina - UBET, Rina - Manti, South Canaan / CellularOne of NEPA, Thumb Cellular, Union Wireless, United, Viaero Wireless, West Central Wireless, Leaco, Nemont/Sagebrush.

T-Mobile is not liable for delayed or undelivered messages.

We take your privacy seriously. If you have any questions regarding privacy, please read our privacy policy. (/privacy)

## No Unlawful Or Prohibited Use

As a condition of your use of the Mr. Cooper websites and mobile apps, you warrant to Mr. Cooper that you will not use the Mr. Cooper websites and mobile apps for any purpose that is unlawful or prohibited by the applicable terms, conditions, and notices. You may not use the Mr. Cooper websites and mobile apps in any manner that could damage, disable, overburden, or impair the Mr. Cooper websites and mobile apps or interfere with any other party's use and enjoyment of the Mr. Cooper websites and mobile apps. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Mr. Cooper websites and mobile apps.

## Submissions

Mr. Cooper does not claim ownership of the materials you provide to Mr. Cooper (including feedback and suggestions) or post, upload, input, or submit to any Mr. Cooper websites and mobile apps or its associated services (collectively "Submissions"). However, by posting, uploading, inputting, providing, or submitting your Submissions, you are granting Mr. Cooper, its affiliated companies, and necessary

sublicensees permission to use your Submissions in connection with the operation of their Internet businesses, including, without limitation, the rights to copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, translate, and reformat your Submissions. Please note that specific terms and conditions provided on the web page describing a particular feature or offer, may supersede this provision. Any information and documents you submit in support of a Mr. Cooper loan application will be available to view and potentially download or print by any co-borrowers listed on the application.

## Linked Site Statement

Links to websites other than Mr. Cooper Websites are provided solely as pointers to information on topics that may be useful to users of the Mr. Cooper Websites, and Mr. Cooper has no control over the content on such websites. If you choose to link to a website not controlled by Mr. Cooper, Mr. Cooper makes no warranties, either express or implied, concerning the content of such site, including the accuracy, completeness, reliability or suitability thereof for any particular purpose, nor does Mr. Cooper warrant that such site or content is free from any claims of copyright, trademark or other infringement of the rights of third parties or that such site or content is devoid of viruses or other contamination. Mr. Cooper does not guarantee the authenticity of documents on the Internet. Links to non-Mr. Cooper websites do not imply any endorsement of or responsibility for the opinions, ideas, products, information or services offered at such sites, or any representation regarding the content at such sites.

## No Warranty

THE INFORMATION AND MATERIALS CONTAINED IN MR. COOPER WEBSITES, INCLUDING TEXT, GRAPHICS, LINKS OR OTHER ITEMS ARE PROVIDED "AS IS." MR. COOPER DOES NOT WARRANT THE ACCURACY, ADEQUACY OR COMPLETENESS OF THIS INFORMATION AND MATERIALS AND EXPRESSLY DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THIS INFORMATION AND MATERIALS. NO WARRANTY OF ANY KIND, IMPLIED, EXPRESS OR STATUTORY, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY, FITNESS FOR ANY PARTICULAR PURPOSE AND FREEDOM FROM COMPUTER VIRUS, IS GIVEN IN CONJUNCTION WITH THE INFORMATION AND MATERIALS.

## Limitation Of Liability

IN NO EVENT WILL MR. COOPER BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, LOSSES OR EXPENSES (WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE) TO THE USER AND/OR ANY THIRD PARTY, ARISING IN CONNECTION WITH THIS SITE OR USE THEREOF OR INABILITY TO USE BY ANY PARTY, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION,

INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF MR. COOPER, OR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES OR EXPENSES. The user's access to and use of the Mr. Cooper websites and mobile apps, and the terms of this disclaimer are governed by all applicable Federal laws and the laws of the state of Texas; and the user agrees that venue shall be located in Dallas County, Texas.

Appx. 010

# EXHIBIT A-2

Appx. 011

General (/privacy)                    **State-Specific (/privacy/state)**

# State Consumer Privacy Act Laws - FAQ

Do you have any questions about your state's consumer privacy law? You have come to the right place! Below are our state-required disclosures in an easy-to-read (and understand) Q&A format. So, let's get to it.

**For starters, which states have consumer data privacy laws?**
California enacted the California Consumer Privacy Act (CCPA) in 2018, and Oregon enacted the Oregon Consumer Privacy Act (OCPA) in 2023. Those laws grant rights to residents of the respective states regarding their personal information. The following information is the privacy policy and Notice at Collection for Nationstar Mortgage LLC, d/b/a Mr. Cooper ("Mr. Cooper").

Other states—including Colorado, Texas, Virginia, and several others—have enacted similar consumer data privacy laws. However, those states' laws do not apply to financial institutions like Mr. Cooper, which are already required to comply with federal financial privacy laws. Therefore, this notice does not cover those laws and does not apply to residents of those states. If you live in any state other than California or Oregon, please click on the "General" tab at the top of the page for information about how we collect, protect, and use your information.

**What information is covered by my state's law?**
Generally, state consumer data privacy laws cover personal information, which is anything that identifies, relates to, describes, or could be associated with you. Beyond your name, phone number, or email address, it includes the kind of device or which web browser you're using to read this. Personal information also includes biometric data, your geolocation, and even your perceived preferences.

There are exceptions to that coverage though. Any information that is publicly available through a government entity or mass media is excluded. As is any information Mr. Cooper has that is already covered by certain federal privacy laws. If you have a mortgage or an application with us, the information we have about you is protected under federal privacy laws—such as the Gramm Leach

Appx. 012

Bliley Act and the Fair Credit Reporting Act. It is therefore excluded from state privacy laws, and not covered by the disclosures below.

**Do you have or use any of my personal information?**

In order to conduct our business, we collect and process a variety of information about our customers and people who visit our website. Which information we collect and process depends on how you interact with our website. For example, whether you input your personal information into a webform to receive information about mortgage financing options. But in general, we may collect and process: name, phone number, email address, mailing address, approximate location, technology habits (e.g. what browser you use, if you are using a tablet or mobile phone, and internet activity), and commercial information like the products/services you've purchased from us.

Below are categories of personal information we collect, process, and disclose, and the business purpose(s) for how we use it:

| Category of Personal Information | Business Purpose(s) |
| --- | --- |
| Identifiers (name, address, email, etc.) | Providing financing decisions; protecting against fraud; marketing and advertising; monitoring website performance; debugging website |
| Sensitive information (Social Security Number and bank account numbers) | Protecting against fraud and providing financing decisions(We do not collect, process, or disclose your sensitive personal information for any other purposes.) |
| Commercial info (products/services considered or obtained) | Marketing and advertising |
| Internet activity (browsing history and interactions with our advertisements) | Providing online products and services; marketing and advertising; monitoring website performance; debugging website |
| Geolocation data | Detecting security incidents or fraud; monitoring website performance; debugging website |

| | |
|---|---|
| Professional or employment-related information | Providing financing decisions |
| Inferences about your consumer preferences | Providing financing decisions and marketing and advertising |

*Note: Mr. Cooper is a financial institution and does not sell the personal information of minors. Additionally, Mr. Cooper does not collect or process "sensitive data" as that term is defined in the Oregon Consumer Privacy Act.*

**How do you collect personal information?**

We collect information from a variety of sources. For individuals who are not our customers, we gather information from cookies, webforms, advertising networks, and other online tools and technology. However, we only identify you by name when you submit a webform with your personal information or sign in to/register for your Mr. Cooper online account. In other words, we collect some information about our anonymous website visitors, but we do not attempt to identify anonymous visitors by name or profile.

Additionally, if you decide to have your credit report pulled as part of the prequalification process, we collect information about you from the credit reporting agencies.

**So, what do you do with this personal information?**

We primarily use and process personal information to provide mortgage financing and offer you relevant financial products and services. This information helps us make decisions about your financial needs, protect you and us against fraud, and provide you with a better digital experience when you use our mobile app or websites.

**With whom do you disclose my personal information?**

We disclose information to web developers, data analytics providers, and web performance monitors. We do so to understand how our website is performing, identify problems, make improvements, and deliver a better customer experience. Additionally, as mentioned above, if you decide to have your credit report pulled as part of the prequalification process, we disclose your information to credit reporting agencies to confirm your identity and access your credit report.

**Do you sell/share information?**

In some circumstances, we share personal information, such as commercial info, internet activity, and inferences, with advertising and social media services to deliver personalized advertisements that are

relevant to our website's visitors. Under California's and Oregon's laws, this is considered "selling" or "sharing", and you have the right to opt out by following the instructions below.

**Can I ask you not to use my information for advertising? (Opt-out Preference Signal)**
You have the right to opt out of selling, sharing, and processing of personal information for targeted advertising purposes. You can opt out by clicking here, turning off the "Optional Cookies" category, and clicking the "Save Preferences " button. After opting out, you may still receive advertisements while on our website that are created without the use or processing of personal information.

Additionally, this website honors browser-level opt-out preference signals in a frictionless manner for IP addresses originating from states covered by this state-specific Privacy Policy. If you already use you browser's opt-out preference signal, you'll know the website recognized your signal if you see this message when you first arrive on the website: "We've detected & honored your "Opt-Out Preference Signal".

If you want to use a browser-level opt-out preference signal, you'll need to determine if your browser offers one. Most browser-level opt-out preference signals can be activated and deactivated through the Privacy or Security section of the browser's settings menu.

**What if my information is incorrect?**
You have the right to request that we correct certain inaccurate personal information that we maintain about you. This is referred to as your "Right to Correct".

You can submit your request to correct here (/privacy/state/requests). You can also call our Customer Service team at 833-685-2565 or chat with us.

Have other information to update? Click here (/servicing/settings) to make changes to your contact information and notification settings.

**Can I ask you to delete the personal information you have about me?**
This is referred to as your "Right to Delete". Businesses that collect personal information directly from consumers must delete such information upon request, unless the deletion request is subject to an exception or exemption.

Information we collect or process in connection with providing you a financial product or service, such as your mortgage, is exempt. That's because your information is already regulated by federal law, and we leverage administrative, physical, and technical methods to safeguard this information.

And even if you're not a customer of ours, we may need to keep some of your information to complete a transaction, prevent or detect fraud, or comply with a legal obligation. While we may not delete your information, we will always use it for a lawful purpose that aligns with what you would expect given your relationship with Mr. Cooper.

You can submit a Deletion Request here (/privacy/state/requests), chat with us, or call our Customer Service team at 833-685-2565.

**Can I request a copy of what you've collected or processed?**

In some cases, yes. This is referred to as your "Right to Know". But like we mentioned above, most of the information that we collect or process in our role as a financial institution is exempt. As such, we won't include any of that information in your Right to Know response, but we may have other information that is not exempt.

You can submit a Right to Know Request here (/privacy/state/requests), chat with us, or call our Customer Service team at 833-685-2565.

**Can I mail in my request?**

Unfortunately, no. We have two designated methods for submitting your verifiable consumer request, but we do not currently accept requests via U.S. mail. This is to protect you—and us—from fraudulent activity.

**Can my authorized agent submit a request on my behalf?**

Yes. In order to process a request through an authorized agent, we will need: (1) written evidence of the agent's authority and (2) personal information of the authorized agent for verification purposes. Written evidence can include a power of attorney.

Note that the written authorization must be signed by the consumer about whom the request is submitted, notarized, and in compliance with any other requirements under state law.

**When Mr. Cooper receives a request, how does it verify the request?**

We encourage our mortgage customers to sign in to their online account before submitting a request. Signing in before submitting the request acts as a verification process and will help protect our customers from fraudulent requests.

For non-customers and customers who do not want to sign in to their online accounts, we collect personal information that will help verify the person making the request. We leverage a third-party

identity verification service that permits us to cross-check your personal information against a database to ensure that the information supplied is valid and accurate. We will require at least the following information to verify a request: name, home address, phone number, email address, and the last four digits of your Social Security Number or date of birth.

### Where can I read more about Mr. Cooper's privacy practices?

You can learn more about our privacy practices here (/privacy). You can also chat with us or call us at 833-685-2565 if you have any questions or concerns.

### What else should I know?

You should know that no business can discriminate against you for exercising your consumer data privacy rights. You should not receive higher pricing or lower levels of service merely because you opted out of information collection, sharing, or processing or because you submitted a Right to Know, Right to Delete, or Right to Correct request.

Appx. 017